**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LUKE OIL CO. | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 12-cv-09330 |
| -vs- | ) | |
| | ) | Honorable Thomas M. Durkin |
| LOVEDEEP SINGH DULAT, and LARKIN INC., | ) ) ) | |
|     Defendants. | ) | |

### PLAINTIFF LUKE OIL CO.'s MOTION TO PROVE-UP DAMAGES AND TO DISCOVER ASSETS

NOW COMES plaintiff, LUKE OIL CO., by and through its attorney, Brian Porter, and in support of its Motion to prove-up damages against defendants LOVEDEEP SINGH DULAT and LARKIN, INC., and to discover assets states as follows:

1. That on July 10, 2013, a Default Order was entered against defendants LOVEDEEP SINGH DULAT and LARKIN, INC.

2. That defendants LOVEDEEP SINGH DULAT and LARKIN, INC.'s account balance due to plaintiff at the time of said defendants' underlying breach of contract was $55,432.96.

3. That, further, at the time of said defendants' underlying breach of contract, plaintiff LUKE OIL had expended $20,056.38 in brand sign installations at defendants' station location.

4. That plaintiff incurred $7,500.00 in attorneys fees in its action against LOVEDEEP SINGH DULAT and LARKIN, INC.

WHEREFORE based upon the foregoing, plaintiff LUKE OIL CO. respectfully

requests that this Court enter an award in the amount of $82,989.34 against defendants LARKIN INC. and LOVEDEEP SINGH DULAT, and grant plaintiff's request to discover assets.

                Respectfully submitted,

By: /s/ Brian R. Porter
Brian R. Porter
P.O. Box 8527
Chicago, IL 60680-8527
(773) 209-6890 phone
(312) 275-2270 fax
brplaw@aol.com
Attorney for Plaintiff